In the Matter of WARDS HATS, INC.

EDWARD J. RYAN, Appellant; SAMUEL I. KANDELL, Respondent. (Appeal No. 1.)

In the Matter of WARDS HATS, INC.

ROSE JACOBS, Appellant; SAMUEL I. KANDELL, Respondent. (Appeals Nos. 2 and 3.)

(Submitted October 3, 1932; decided October 11, 1932.)

*Sidney Weeden* for motions.

*Benjamin Berinstein* and *Solomon Goodman* opposed.

Motions granted and appeals dismissed, with costs and ten dollars costs of motion.